United States District Court
Southern District of Texas
**ENTERED**
July 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINAL COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § § § § § LEAD CASE NO. 4:19-cv-01460<br><br>Member Case No. 4:19-CV-02425 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day came on to be considered the parties' agreed stipulation of dismissal without prejudice of the claims asserted by the plaintiff, Robert Steckler in original Case No. 4:19-cv-02425. The Court hereby GRANTS the parties' stipulation of dismissal without prejudice and ORDERS that the claims of the plaintiff, Robert Steckler in Case No. 4:19-cv-02425 are hereby dismissed without prejudice as to all defendants, with the remainder of the plaintiffs in original Case No. 4:19-cv-02425 to continue prosecuting their claims.

Each side is to bear their own costs and fees.

It is so ORDERED.

SIGNED on this 23rd day of July, 2020.

_____
Kenneth M. Hoyt
United States District Judge